IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SUMMER TIMMERMAN**                                                                     **PLAINTIFF**

NO.  14-5391

**HC RECOVERY, INC.**                                                   **DEFENDANT**

**CLERK'S ORDER OF DISMISSAL**

On this 3rd day of February, 2015, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,  IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

Dated: February 3, 2015

                                          AT THE DIRECTION OF THE COURT

                                          CHRISTOPHER R. JOHNSON, CLERK

                                          BY:  <u>S. Cummings</u>
                                                     Deputy Clerk